GERMAN NAT. BANK OF LITTLE ROCK, Respondent, v. GEER et al., Appellant. (Supreme Court, Appellate Division, First D

partment. November 24, 1899.) Action by the German National Bank of Little Rock against Oliver L. Geer, James C. Hutchinson, and another, on drafts drawn, payable to plaintiff's order, on defendants, and accepted by the latter. From a judgment for plaintiff defendant James C. Hutchinson appeals. Affirmed. Alexander S. Bacon, for appellant. Thomas Fitch, for respondent.

PER CURIAM. The judgment in this action must be affirmed, under the rule laid down in the case of Bank v. Pierce, 137 N. Y. 444, 33 N. E. 557, 20 L. R. A. 335. The judgment is therefore affirmed, with costs.